

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00831-CV

**WONG GROCERY CO., LLC**,
Appellant

v.

Patrick **LAMBKIN** et al,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10644
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The court reporter's notification of late record is hereby GRANTED. Time is extended to February 20, 2017. FURTHER EXTENSIONS OF TIME ARE DISFAVORED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court